IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHRN DISTRICT OF WEST VIRGINIA
WHEELING

GW RENTALS, LLC,
WINDMILL TRUCKERS, INC.,
LEE J. GLESSNER, GARY W. GLESSNER,
NORMA TUBAUGH, DAWNISA TUBAUGH,
CLARENCE TUBAUGH, GLESSNER REAL
ESTATE PROPERTIES, LLC, KATHY A.
ELLIOT, and ROBERT B. ELLIOT,

     Plaintiffs,

v.                 Civil Action No. 5:14-CV-154
                  (BAILEY)

CLS GROUP,
CAPITAL LAND SERVICES, INC.,
KEITH J. BALASCHAK,
CHESAPEAKE APPALACHIA, L.L.C.,
CHESAPEAKE ENERGY CORPORATION,
SOUTHWESTERN ENERGY COMPANY,
Individually and as Successors-in-Interest to
Chesapeake Appalachia, L.L.C. and
Chesapeake Energy Corporation,
SOUTHWESTERN ENERGY,
Individually and as Successors-In-Interest to
Chesapeake Appalachia, L.L.C. and
Chesapeake Energy Corporation,
SOUTHWESTERN ENERGY PRODUCTION
COMPANY, Individually and as
Successors-in-Interest to Chesapeake Appalachia,
L.L.C. and Chesapeake Energy Corporation,
and SOUTHWESTERN ENERGY SERVICES
COMPANY, Individually and as
Successors-in-Interest to Chesapeake Appalachia,
L.L.C. and Chesapeake Energy Corporation,

     Defendants.

## ORDER

AND NOW, this **23rd** day of **December**, 201_, upon consideration of the foregoing Motion for Extension of Deadline **[Doc. 16]**, it is hereby ORDERED, ADJUDGED and DECREED that said motion is GRANTED. The deadline for the collective Southwestern

{B1872425.1}

Defendants to submit their reply brief in support of their previously-filed Motion to Dismiss [Docs. 9 & 10] is December 31, 2014.

BY THE COURT: